**FILED**
9:39 am, 7/15/25
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice   ☐ Information   ☐ Complaint |
| vs<br>RILEY J PERRY<br>Defendant | Case Number   L:25-PO-00370-SAH-1 |

Violation Charged  Fire in undesignated area            Citation Number   (E1033784)

Date Violation Notice Issued   06/29/2025            Place   WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:00-9:30                                          Interpreter  N/A

Date  July 15, 2025                                      Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear      Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD   ☐ PANEL-CJA   ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to _____ at _____

reason:

☐ Bail is set at

☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

WY 59                                                                                            Rev. 06/03/2025

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00370-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made   ☐ orally   ☐ in writing

---

☑ Informed of charges and rights     Date July 15, 2025
☑ Defendant arraigned                Date July 15, 2025
☑ Court accepts plea    Defendant enters ☑ Guilty     ☐ Not Guilty Plea
☐ Trial     Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty                (E1033784)
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence    Date July 15, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine           750.00        Payable to CVB by 08/15/2025
☐ Restitution                   To
☐ Community Service             To
☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  No written judgment to follow.